Decided June 30, 2004

STATE OF CONNECTICUT *v.* ANDRES TORRES

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 823 (AC 23744), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided June 30, 2004